IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) ) ) | Case No. 3:13-00158<br>3:13-00159, 3:13-00160<br>Chief Judge Haynes |
| v. | ) ) | |
| MICHAEL McCRILLIS, | ) ) | |
| Defendant. | ) | |

**ORDER**

A revocation hearing is set in this action for **Friday, February 7, 2014 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the 24th day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court